IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER L. JOHNSON, JR.,
    Plaintiff,

vs.                                    Case No. 5:08cv286/RS/EMT

WALTER McNEIL,
    Defendant.
_____/

## ORDER

This matter is before the court on Plaintiff's "Order to Show Cause," which shall be construed as a motion for extension of time to pay the initial partial filing fee (Doc. 8). Good cause having been shown, Plaintiff's motion shall be granted.

Accordingly, it is **ORDERED**:

1.    Plaintiff's "Order to Show Cause" (Doc. 8), construed as a motion for extension of time to pay the initial partial filing fee, is **GRANTED**.

2.    Plaintiff shall have **THIRTY (30) DAYS** from the date of docketing of this order to pay the initial partial filing fee in the amount of $3.17.

3.    Plaintiff's failure to pay the filing fee may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 5th day of December 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**