IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER L. JOHNSON, JR.,

    Plaintiff,

vs.                                          CASE NO. 5:08cv286/RS-EMT

WALTER McNEIL,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this order.

2. This case is dismissed for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

**ORDERED** on August 19, 2009.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**